UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| CHRISTOPHER L. OVERBAY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 2:10-cv-184 |
| v. ) | Judge Mattice |
| ) | |
| MICHAEL J. ASTRUE, ) | Magistrate Judge Carter |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

On August 5, 2011, United States Magistrate Judge William B. Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 19]. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 10] is **DENIED**. Defendant's Motion for Summary Judgment [Court Doc. 17] is **GRANTED**. The Commissioner's denial of benefits is **AFFIRMED** and the instant action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the case.

SO ORDERED this 15th day of September, 2011.

>   */s/Harry S. Mattice, Jr.*
>   HARRY S. MATTICE, JR.
>   UNITED STATES DISTRICT JUDGE